# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JOHN E BETTYS,<br><br>          Plaintiff,<br><br>    v.<br><br>CHARLIE WEND.<br><br>          Defendant. | CASE NO. C11-5630-RBL-JRC<br><br>MINUTE ORDER TRANSFERRING A CASE TO SEATTLE |

Now, on this 31st day of August, 2011, the court directs the Clerk to enter the following minute order:

All defendants in this action reside in Skagit County. Further, the cause of action arises out of Skagit County. Pursuant to Local Rule 5(e) this action is hereby transferred to Seattle for assignment.

The forgoing minute order was authorized by The Honorable J. Richard Creatura, United States Magistrate Judge.

Dated this 31st day of August, 2011.

                                              /s/ Sandy Huntington
                                              Judicial Assistant/Judge J. Richard Creatura