UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN E. BETTYS,

        Plaintiff,

v.

CHARLIE WEND,

        Defendant.

Case No. C11-5630-JLR

ORDER DISMISSING ACTION

The Court, having reviewed the Report and Recommendation of James P. Donohue, United States Magistrate Judge, *(the Plaintiff's Objections to the Report and Recommendations (Dkt 51))* and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation.

    (2)    Defendant's motion for summary judgment (Dkt. No. 29) and defendant's motion to dismiss (Dkt. No. 35) are GRANTED.

    (3)    Plaintiff's amended complaint and this action are DISMISSED with prejudice.

//

//

//

//

ORDER DISMISSING ACTION
PAGE - 1

(4)     The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendant, and to the Honorable James P. Donohue.

DATED this 26th day of July, 2012.

JAMES L. ROBART
United States District Judge

ORDER DISMISSING ACTION
PAGE - 2